# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO. 6:24-cr-44-PGB-EJK**

**STACE VALENTINE**
_____/

# ORDER

This cause comes before the Court on Defendant's Motion to Determine Competency of Defendant (the "Motion") (Doc. 63), filed October 25, 2024. Defendant's attorney represents that Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to proceed to trial. *See* 18 U.S.C. § 4241(a). Therefore, counsel requests that Defendant be referred for a competency evaluation. The undersigned took the Motion under advisement on October 28, 2024, and directed the United States to present the name of a proposed evaluator to evaluate Defendant in a noncustodial setting. (Doc. 66.) The United States has proposed that Dr. Randy K. Otto evaluate Defendant, and Defendant does not object to this evaluator. (Doc. 70.)

Upon consideration of the Motion and Dr. Bennett's report, the Court finds that there is reasonable cause to believe that Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to proceed to trial. Accordingly, it is **ORDERED** that the Motion (Doc. 63) is **GRANTED**, and Dr. Randy K. Otto ("Dr. Otto"), is appointed to examine Defendant Stace

Valentine and to render an opinion regarding his competency to proceed to trial. The U.S. Department of Justice shall pay for Dr. Otto's services, including the fees and costs related to conducting the examination, preparing the report, and appearing in court, if necessary. Dr. Otto is **DIRECTED** to prepare the report, containing the information required by 18 U.S.C. § 4247(c), and provide a copy of said report to the Court and counsel for the parties.

The report must be submitted to the Court **on or before December 8, 2024**, and **may be filed under seal**. The Court will schedule a competency hearing by separate notice.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE